C. Scott Greene, Cal. Bar No. 277445
scott.greene@bryancave.com
G. Patrick Watson (admitted *pro hac vice*)
patrick.watson@bryancave.com
Daniel B. Hauck (admitted *pro hac vice*)
daniel.hauck@bryancave.com
Lindsay J. Sklar (admitted *pro hac vice*)
lindsay.sklar@bryancave.com
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:    (415) 268-2000
Facsimile:    (415) 268-1999

Attorneys for Plaintiff
HOME DEPOT U.S.A., INC.

Carl L. Blumenstein, Cal. Bar No. 124158
cblumenstein@nossaman.com
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 398-3600
Facsimile: (415) 398-2438

Attorney for Defendants
AU OPTRONICS CORPORATION AND
AU OPTRONICS CORPORATION
AMERICA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME DEPOT U.S.A., INC.<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION and<br>AU OPTRONICS CORPORATION AMERICA,<br><br>Defendants. | Case No. 3:13-cv-06001<br><br>MDL No. 3:07-md-1827-SI<br><br>**STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE, AND [PROPOSED] ORDER**<br><br>Date Action Filed: December 31, 2013 |

1
STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE, AND [PROPOSED] ORDER

WHEREAS plaintiff Home Depot U.S.A., Inc. ("Home Depot") filed a complaint in the above-captioned case against defendants AU Optronics Corporation and AU Optronics Corporation America (collectively "Defendants") on December 31, 2013 ("Complaint");

WHEREAS Home Depot wishes to avoid the burden and expense of serving process on the Defendants;

WHEREAS the Defendants desire a reasonable amount of time to respond to the Complaint; and

WHEREAS Home Depot and the Defendants believe that proceeding on a unified response date will create efficiency for the Court and the parties;

THEREFORE, Home Depot and the Defendants hereby agree:

1. The Defendants waive service of the Complaint under Federal Rule of Civil Procedure 4(d).  This stipulation does not constitute a waiver by the Defendants of any other substantive or procedural defense, including but not limited to the defenses of lack of personal or subject matter jurisdiction and improper venue.

2. The Defendants' deadline to move to dismiss, answer, or otherwise respond to the Complaint will be 90 days from the execution of this stipulation.

Dated:  January 13, 2014.

By: /s/ Lindsay J. Sklar
C. Scott Greene
G. Patrick Watson
Daniel B. Hauck
Lindsay J. Sklar
BRYAN CAVE LLP

*Attorneys for Home Depot U.S.A., Inc.*

By: /s/ Carl L. Blumenstein
Carl L. Blumenstein
NOSSAMAN LLP

*Attorneys for AU Optronics Corporation and AU Optronics Corporation America*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the signatories to this document.

PURSUANT STIPULATION, IT IS SO ORDERED.

By: _____
Judge of the U.S. District Court, N.D. California

Date: 1/15/14

C. Scott Greene, Cal. Bar No. 277445
scott.greene@bryancave.com
G. Patrick Watson (admitted *pro hac vice*)
patrick.watson@bryancave.com
Daniel B. Hauck (admitted *pro hac vice*)
daniel.hauck@bryancave.com
Lindsay J. Sklar (admitted *pro hac vice*)
lindsay.sklar@bryancave.com
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:  (415) 268-2000
Facsimile:  (415) 268-1999

Attorneys for Plaintiff
HOME DEPOT U.S.A., INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HOME DEPOT U.S.A., INC.<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION and<br>AU OPTRONICS CORPORATION AMERICA,<br><br>Defendants. | Case No. 3:13-cv-06001<br><br>MDL No. 3:07-md-1827-SI<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

I hereby certify that on this day, I caused a true and correct copy of the Stipulation of Extension of Time to Respond to Complaint, Waiver of Service, and [Proposed] Order to be filed and served on counsel of record via ECF.

Dated: January 13, 2014.

By:  /s/ Lindsay J. Sklar
C. Scott Greene
G. Patrick Watson
Daniel B. Hauck
Lindsay J. Sklar
BRYAN CAVE LLP

*Attorneys for Home Depot U.S.A., Inc.*

1
CERTIFICATE OF SERVICE