G. Patrick Watson, Georgia Bar No. 741226
patrick.watson@bryancave.com
C. Scott Greene, California Bar No. 277445
scott.greene@bryancave.com
Lindsay J. Sklar, Georgia Bar No. 648391
lindsay.sklar@bryancave.com
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:    (415) 268-2000
Facsimile:    (415) 268-1999

Attorneys for Plaintiff
HOME DEPOT U.S.A., INC.

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME DEPOT U.S.A., INC.<br><br>  Plaintiff,<br><br>  v.<br><br>AU OPTRONICS CORPORATION;<br>AU OPTRONICS CORPORATION AMERICA;<br><br>  Defendants. | Case No. 3:13-CV-06001<br>MDL 1827<br><br>**PLAINTIFF HOME DEPOT U.S.A., INC.'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>Date: June 6, 2014<br>Time: 9:00 A.M.<br>Dept: Courtroom 10, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

## REQUEST FOR JUDICIAL NOTICE

TO ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Home Depot U.S.A., Inc. ("Home Depot" or "Plaintiff") respectfully requests that the Court take judicial notice of the documents annexed as Exhibits 1 through 8 to the Declaration of G. Patrick Watson, pursuant to Federal Rule of Evidence 201. Exhibits 1 through 8 are noticed in connection with Home Depot's opposition to

AU Optronics Corporation and AU Optronics Corporation America (collectively, "Defendants")'s Motion to Dismiss.

Fed. R. Evid. 201(b)(2) permits judicial notice of facts that are "not subject to reasonable dispute" which includes facts "generally known within the trial court's territorial jurisdiction" or facts which can be "accurately and readily determined[.]" Judicial notice is appropriate "at any stage of the proceeding" including in conjunction with a motion to dismiss. Fed. R. Evid. 201(d); *see Lee v. City of Los Angeles*, 250 F.3d 668, 688–89 (9th Cir. 2001).

Here, Exhibits 1 through 7 to the Declaration of G. Patrick Watson are class action complaints which are well-known within this jurisdiction and whose accuracy cannot be reasonable questioned. *See* Fed R. Evid. 201(b). Exhibit 8 to the Declaration is a printout from the California Secretary of State's website and its accuracy can be readily verified by accessing http://kepler.sos.ca.gov. *See Austero v. Aurora Loan Servicing, Inc.*, No. C-11-00490 JCS, 2011 WL 1585530 (N.D. Cal. April 27, 2011) (taking judicial notice of a printout from the California Secretary of State website for a business entity search); s*ee also Piazza v. EMPI, Inc.*, 1:07-CV-00954-OWWGSA, 2008 WL 590494 (E.D. Cal. Feb. 29, 2008) (same).

For the foregoing reasons, Home Depot respectfully requests that this Court grant its request for judicial notice and consider those documents when deciding Defendants' Motion to Dismiss.

Dated: May 6, 2014.  BRYAN CAVE LLP

By: <u>G. Patrick Watson</u>
 G. Patrick Watson
 C. Scott Greene
 Lindsay J. Sklar
 Attorneys for Plaintiff
 HOME DEPOT U.S.A, INC.