G. Patrick Watson, Georgia Bar No. 741226
patrick.watson@bryancave.com
C. Scott Greene, California Bar No. 277445
scott.greene@bryancave.com
Lindsay J. Sklar, Georgia Bar No. 648391
lindsay.sklar@bryancave.com
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 268-2000
Facsimile: (415) 268-1999

Attorneys for Plaintiff
HOME DEPOT U.S.A., INC.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME DEPOT U.S.A., INC.<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION;<br>AU OPTRONICS CORPORATION AMERICA;<br><br>Defendants. | Case No. 3:13-CV-06001<br>MDL 1827<br><br>**DECLARATION OF**<br>**G. PATRICK WATSON** |

I, G. PATRICK WATSON, declare as follows:

1. I am a partner at the law firm of Bryan Cave LLP, counsel for Plaintiff Home Depot U.S.A., Inc. ("Home Depot"), and I am licensed to practice law in the state of Georgia. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Class Action Complaint titled *Ferencsik v. LG Philips LCD Co., Ltd., et al.*, Case No. 06-6714, Dkt. No. 1 (E.D.N.Y. Dec. 20, 2006).

3. Attached hereto as Exhibit 2 is a true and correct copy of the Class Action Complaint titled *DiMatteo v. LG Philips LCD Co., Ltd., et al.*, Case No. 1:06-cv-15342, Dkt. No.

1
DECLARATION OF G. PATRICK WATSON

MDL 1827
Case No. 3:13-CV-06001

1 (S.D.N.Y. Dec. 20, 2006).

4. Attached hereto as Exhibit 3 is a true and correct copy of a Class Action Complaint titled *Hee v. LG Philips LCD Co., Ltd, et. al*, 3:07-cv-00722-SI, Dkt. No. 1 (N.D. Cal. Feb. 2, 2007).

5. Attached hereto as Exhibit 4 is a true and correct copy of a Class Action Complaint titled *Selfridge v. LG Philips LCD Co., Ltd, et al.*, Case No. 3:07-cv-02915-SI, Dkt. No. 1-1 (S.D. Cal. Feb. 15, 2007).

6. Attached hereto as Exhibit 5 is a true and correct copy of Indirect-Purchaser Plaintiffs' Consolidated Amended Complaint, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, Case No. 3:07-md-1827, Dkt. No. 367 (N.D. Cal. Nov. 5, 2007).

7. Attached hereto as Exhibit 6 is a true and correct copy of Indirect-Purchaser Plaintiffs' Second Consolidated Amended Complaint, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, Case No. 3:07-md-1827, Dkt. No. 746 (N.D. Cal. Dec. 5, 2008).

8. Attached hereto as Exhibit 7 is a true and correct copy of Indirect-Purchaser Plaintiffs' Third Consolidated Amended Complaint, *In re TFT-LCD (Flat Panel) Antitrust Litig.*, Case No. 3:07-md-1827, Dkt No. 2694 (N.D. Cal. April 29, 2011).

9. Attached hereto as Exhibit 8 is a printout from the California Secretary of State's website showing the registration status of Home Depot U.S.A., Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of May 2014, in Atlanta, Georgia.

G. Patrick Watson